IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| CESAR AUGUSTO POLANCO ARISTONDO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:26-cv-491-AJT-WBP |
| KRISTI NOEM, *et al.*, | ) | |
| | ) | |
| Respondents. | | |

## **ORDER**

Before the Court is Petitioner Cesar Augusto Polanco Aristondo's Petition for Writ of Habeas Corpus, [Doc. No. 1] (the "Petition"), filed on February 18, 2026. Petitioner is a citizen of Guatemala who entered the United States without inspection in 2005. *Id.* ¶ 35. On January 10, 2026, Petitioner was arrested by ICE officers and transported to Farmville Detention Center, where he is currently detained without the opportunity to post bond. *Id.* ¶¶ 37, 38, 41.

On February 20, 2026, in response to a Court order, Respondents submitted that the factual and legal issues presented in the Petition do not differ in any material fashion from those presented in *Hernandez v. Crawford*, No. 1:25-CV-01565-AJTWBP, 2025 WL 2940702 (E.D. Va. Oct. 16, 2025), or the other opinions of this Court cited therein. [Doc. No. 4]. Accordingly, the Court incorporates the filings in *Hernandez* into the record of this habeas action. For the reasons stated in *Hernandez*, the Petition is GRANTED, and it is hereby

**ORDERED** that Respondents provide Petitioner with a bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven days of the date of this Order; and it is further

**ORDERED** that if Petitioner is granted bond by an Immigration Judge, Respondents are ENJOINED from denying bond to Petitioner, or from invoking the automatic stay provision

pursuant to 8 C.F.R. § 1003.19(i)(2); and it is further

**ORDERED** that Respondents file a status report with this Court within three days of the

bond hearing, stating whether Petitioner has been granted bond, and, if his request for bond was

denied, the reasons for that denial.

The Clerk is directed to send copies of this Order to all counsel of record, and to terminate

the case.

Alexandria, Virginia
February 23, 2026

Anthony J. Trenga
United States District Judge

2